1  DYKEMA GOSSETT LLP
   Ashley R. Fickel (SBN 237111)
2  *afickel@dykema.com*
   333 South Grand Avenue, Suite 2100
3  Los Angeles, CA  90071
   Telephone:  (213) 457-1800
4  Facsimile:   (213) 457-1850

5  Attorneys for Defendant
   ARS NATIONAL SERVICES INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  ERIC CARUSO,                         Case No. 3:19-cv-01224-CAB-LL

12          Plaintiff,                   **DEFENDANT ARS NATIONAL
                                         SERVICES INC.'S ANSWER TO**
13      vs.                              **COMPLAINT**

14  CAVALRY PORTFOLIO SVCS, et al.

15          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

*DYKEMA GOSSETT LLP*
*333 SOUTH GRAND AVENUE*
*SUITE 2100*
*LOS ANGELES, CA  90071*

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, ARS National Services Inc. ("ARS"), for itself and no other party, and for its Answer to Plaintiff's Complaint, states as follows:

### I.   PRELIMINARY STATEMENT

1.     ARS admits only that Plaintiff has filed a complaint in this court seeking damages and injunctive relief.   ARS denies that Plaintiff is entitled to recover any damages or obtain injunctive relief as against ARS.

2.     ARS admits only that Plaintiff has filed a complaint against it alleging it violated the TCPA.  ARS denies that it violated the TCPA with respect to Plaintiff.

3.     ARS admits only that Plaintiff has filed a complaint against it alleging it violated the FDCPA.  ARS denies that it violated the FDCPA with respect to Plaintiff.

4.     ARS admits only that Plaintiff has filed a complaint against it alleging it violated the CFDCPA.  ARS denies that it violated the CFDCPA with respect to Plaintiff.

5.     The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

6.     The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

7.     The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

8.     The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

9.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

10.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

11.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

12.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

13.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

14.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

15.      The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

## II.      JURISDICTION AND VENUE

16.      ARS does not dispute personal jurisdiction at this time.

17.      ARS admits that Plaintiff has listed the parties in paragraph 17 as defendants.

18.      ARS does not dispute venue at this time.

19.      ARS admits that it transacts business in San Diego County and does not dispute venue.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

3

20. ARS admits that Plaintiff alleges that he is seeking in excess of $35,000. ARS denies that Plaintiff is entitled to recover any damages from ARS.

### III.   PRIVATE RIGHT TO ACTION

21. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

22. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

23. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

24. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

25. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

26. The allegations of this paragraph state a legal conclusion to which no response is required. To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

### IV.   THE PARTIES

27. ARS admits that Plaintiff is a natural person. ARS is without information sufficient to respond to the remaining allegations of this paragraph and, therefore, denies them.

28. This allegation is directed to a different defendant. ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

29.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

30.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

31.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

32.     Whether ARS is a debt collection service is a legal conclusion to which no response is required.  To the extent a response is required, ARS admits only that it attempts to collect delinquent accounts from responsible parties residing in California.  ARS denies that it purchases accounts from other companies. ARS admits that ARS's President/CEO is Jason Howerton and the corporate of offices of ARS are located in Escondido, CA.

33.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

34.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

35.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

36.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

37.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

38.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

39.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

40.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

41.     ARS admits that Plaintiff is referring to it in the complaint as a "credit bureau defendant" or "credit agency defendant."  ARS admits that it attempts to collect delinquent accounts from responsible parties residing in  California and as part of that activity reports to credit bureaus.  The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

42.     This allegation is directed to a different defendant.  ARS is without information sufficient to respond to the allegations of this paragraph and, therefore, denies them.

## V.     FACTUAL ALLEGATIONS

43.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

44.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

45.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

46.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

47.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

48.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

49.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

50.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

51.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

52.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

53.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

7

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

54.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

55.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

56.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

57.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

58.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

59.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

60.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

61.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

62.     ARS admits that it received correspondence dated May 30, 2019 from Plaintiff on or around June 3, 2019.  ARS denies that it received correspondence dated June 6, 2019 from Plaintiff.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

# VI. COUNT I

63.    ARS restates and incorporates by reference all of its responses to paragraphs 1 through 62.

64.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

65.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

66.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

67.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

68.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

69.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

70.    The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

71.    ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

72.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

73.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

74.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

75.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

76.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

77.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

78.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

79.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

80.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

81.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

82.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

83.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

84.   ARS admits that Plaintiff is a natural person.

85.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

86.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

87.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

88.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

89.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

90.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

91.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

92.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

93.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

94.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

95.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

96.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

97.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

98.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

99.     ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

## VII.   COUNT II

100.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 99.

101.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

102.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

103.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

104.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

105.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

106.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

107.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

108.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

109.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

110.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## VIII.  COUNT III

111.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 110.

112.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

113.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

114.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

115.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

116.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

117.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

118.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

119.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

120.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## VIII.  COUNT IV

121.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 120.

122.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

123.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

124.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

125.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

126.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

127.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

128.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

129.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

130.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## X.   COUNT V

131.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 130.

132.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

133.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

134.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

135.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

136.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

137.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

138.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

139.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

140.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

141.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## XI.   COUNT VI

142.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 141.

143.   ARS is without information sufficient to respond to these allegations, and therefore denies them.

144.   ARS denies these allegations as alleged against it.  The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

145.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

146.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

147.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

148.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

149.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

150.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

151.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

152.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

153.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants. ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

154.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

155.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## XII.   COUNT VII

156.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 155.

157.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

158.   The allegations of this paragraph state a legal conclusion to which no response is required.  To the extent that a response is required, ARS denies the allegations to the extent that they are inconsistent with or contrary to applicable law.

159.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

160.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

161.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

162.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

163.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

164.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

165.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

166.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## XIII.  COUNT VIII

167.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 166.

168.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

169.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

170.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

171.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

172.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

173.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

174.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## XIV.  COUNT IV

175.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 174.

176.   ARS is without information sufficient to respond to these allegations, and therefore denies them.

177.   ARS is without information sufficient to respond to these allegations, and therefore denies them.

178.   ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

179.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

180.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

181.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

182.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

183.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

184.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

185.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

## XV.   COUNT X

186.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 185.

187.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

188.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

189.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

190.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

191.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

192.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

193.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

194.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

## XVI.  COUNT XI

195.   ARS restates and incorporates by reference all of its responses to paragraphs 1 through 185.

196.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

197.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

198.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

199.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

200.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

201.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

202.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

203.   These allegations are directed to different defendants.  ARS is without information sufficient to respond to these allegations, and therefore denies them.

## XVIII PRAYER

204.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

205.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

206.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

207.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

208.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

209.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

## XVIV.      DEMAND FOR JURY TRIAL

210.   ARS admits that Plaintiff is demanding a trial by jury.

## XX.   VERIFICATION

211.   ARS admits that Plaintiff is currently in pro se.

212.   ARS is without information sufficient to respond to these allegations, and therefore denies them.

213.   ARS denies these allegations as alleged against it. The remaining allegations are directed to different defendants.  ARS is without information sufficient to respond to these remaining allegations, and therefore denies them.

214.   ARS is without information sufficient to respond to these allegations, and therefore denies them.

215.   ARS admits that Plaintiff is submitting a verification under penalty of perjury.

216.   As to ARS, ARS denies that Plaintiff is entitled to the relief sought in this paragraph.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Case No.: 3:19-cv-01224-CAB-LL
DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT

**AFFIRMATIVE AND OTHER DEFENSES**

ARS has not yet had the opportunity to investigate or engage in discovery regarding the Plaintiff's Complaint and may rely on the following affirmative and other defenses that discovery will prove relevant.

1.    Plaintiff has no Article III standing to proceed in this matter.

2.    To the extent that any violation of law occurred, which ARS expressly denies, any such violations were not intentional and resulted from a bona fide error notwithstanding the maintenance by ARS of procedures reasonably adapted to avoid them.

3.    ARS acted in good faith at all times in whatever dealings it had with Plaintiff, and if any conduct by ARS is found to be unlawful, which ARS expressly denies, such conduct was not willful and should not give rise to liability.

4.    Plaintiff consented to the conduct alleged in the Complaint.

5.    Plaintiff's claims are barred by the applicable statutes of limitation.

6.    Plaintiff's claims under the TCPA are barred by the First Amendment to the United States Constitution because, *inter alia*:

a.    the TCPA, as applied in this case, is an impermissible restraint on commercial speech in that it does not serve a significant government interest, does not directly advance any government interest asserted, and restricts commercial speech that is neither misleading nor in service of unlawful activity more than necessary; and

b.    the FCC's interpretation of an ATDS is unconstitutionally vague.

7.    ARS is entitled to an award of attorney's fees and costs under the applicable state and federal statutes in having to defend against this frivolous matter.

8.    Plaintiff, although under a legal obligation to do so, has failed to take reasonable steps to mitigate any alleged damages that she may have and is therefore barred from recovering damages, if any, from ARS.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

9.     Without admitting that any damages exist, if damages were suffered by Plaintiff as alleged in the Complaint, those damages were proximately caused by and contributed by persons other than ARS. The liability, if any exists, of ARS and/or any responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of ARS should be reduced accordingly.

10.     To the extent Plaintiff recovers any damages, ARS is entitled to a setoff for the amount Plaintiff owes on the account at issue.

11.     With respect to Plaintiff's claim for punitive damages, ARS incorporates all limitations on damage awards arising from the decisions *in BMW of North America v. Gore*, 517 U.S. 559 (1996) and *State Farm Mutual Auto Ins. Co. v. Campbell*, 537 U.S. 1042 (2003).

**WHEREFORE**, ARS respectfully requests that:

1.     That the Complaint be dismissed.

2.     That Plaintiff recovers nothing, that costs and attorney's fees are assessed against Plaintiff.

3.     For such other and further relief to which ARS may be entitled.

Dated:  July 22, 2019                    DYKEMA GOSSETT LLP


                                         By: s/ *Ashley R. Fickel*
                                             Ashley R. Fickel
                                             Attorneys for Defendant
                                             ARS NATIONAL SERVICES INC.
                                             E-mail: afickel@dykema.com

019956.000999  4829-3723-5357.1

# PROOF OF SERVICE

### Eric Caruso v. Cavalry Portfolio SVCS, et al.
### Case No. 3:19-cv-01224-CAB-LL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, CA 90071.

On July 22, 2019, I served true copies of the following document(s) described as **DEFENDANT ARS NATIONAL SERVICES INC.'S ANSWER TO COMPLAINT** on the interested parties in this action as follows:

Eric Caruso                    Plaintiff In Pro Se
1641 Borden Road Apt B7
Escondido, CA  92026-2134
Tel:    (760) 334-2365

☒    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☐    **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☒    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2019, at Los Angeles, California.


*s/Ashley R. Fickel*
Ashley R. Fickel

019956.000999  4819-3912-1309.1

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071