1  Eric Caruso
   1641 Borden Road Apt B7
2  Escondido, CA 92026-2134
   Ph: 760-334-2365
3  carusoeric@gmail.com

4  Plaintiff In Pro Se

5

**FILED**

Aug 01 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ JenniferS        DEPUTY

6           **IN THE UNITED STATES DISTRICT COURT**

7             **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  **ERIC CARUSO**,                          ) Case No.
                                            )
10              Plaintiff,                   ) **NOTICE OF SETTLEMENT AND**
                                            ) **STIPULATED DISMISSAL**
11  vs.                                      ) **WITH PREJUDICE**
                                            )
12  **CAVALRY PORTFOLIO SVCS,**              )
    a foreign corporation, identity unknown, )
13  **PORTFOLIO RECOVERY**.,                 )
    a foreign corporation, identity unknown, )
14  **HUNT & HENRIQUES**                     )
    California attorneys at law,             )
15  **MERCANTILE ADJUSTMENTS BUREAU,**       )
    a foreign corporation identity unknown,  )
16  **ARS NATIONAL SERVICES INC.**,          )
    a foreign corporation identity unknown,  )
17  **MRS BPO L.L.C.,**                      )
    a foreign corporation identity unknown,  )
18  **TRANS UNION LLC**,                     )
    a national credit reporting agency,      )
19  **EXPERIAN INFORMATION SOLUTIONS INC**)
    a national credit reporting agency,      )
20  **EQUIFAX INFORMATION SERVICES LLC,**)  )
    national credit reporting agency,        )
21  **DOES 1-10 inclusively,**               )
                                            )
22              Defendant's.                 ) **Complaint Filed:   July 01,2019**
                                            ) **District Court Judge: CYNTHIA A. BASHANT**
23                                           ) **Magistrate Judge:   LINDA LOPEZ**

24      **COMES NOW, ERIC CARUSO**, Plaintiff In Pro Se, in the above-entitled

25  case, would like to hereby request of this United States Ninth District Court,

26  Southern District of California and the honorable Judge Cynthia A. Bashant that

27  Plaintiff has reached a very early-on complete settlement as it pertains to **[1]** _**one**_

28  of the above-named Defendant' **CAVALRY PORTFOLIO SERVICES, L.L.C**.

"COURT COPY 1"
Page 1

1.   All of the other above-named Defendant's at this very early stage of the lawsuit are still in the process of either signing the voluntary Waiver of Service of Summons Plaintiff **ERIC CARUSO** mailed all of them recently, or, Answer Plaintiff's Complaint, or, Plaintiff will have to pay process servers to personally serve these same *un-served above-named Defendant's*.

2.   The [2] two parties, through the undersigned Plaintiff In Pro Se Plaintiff **ERIC CARUSO,** does hereby give Notice to this honorable Court that both parties have concluded a settlement agreement that ***disposes all*** of Plaintiff claims against **CAVALRY PORTFOLIO SERVICES L.L.C's**.

3.   Settlement demands have *all been paid* and settlement documents between the [2] two parties have *all been signed*. The parties therefore moves this Court to dismiss Plaintiff's claims with prejudice pursuant to **FRCP 41(a)(1)(A)(ii)** with each party to bear its own fees and costs as provided for in the parties settlement agreement.

Date: July 30, 2019

*Eric C. Caruso*

ERIC CARUSO, Plaintiff In Pro Se

1

2

## <u>SIGNATURE ATTESTATION</u>

I, Eric Caruso, certify by affixing my signature here that I received permission from all Defense counsel's involved with this wonderful case to file this document on their and to affix his signature hereto.

Date: July 30, 2019 _Eric C Caruso_____

ERIC CARUSO, Plaintiff In Pro Se

///
///
///
///
///
///
///
///
///
///
///
///

1    I, ROY TUCK, hereby certify that I am over the age of [18] eighteen and that on the

2    30th day of July 2019, I caused a true and correct copy of the foregoing to be placed in the

3    U.S. mail addressed to Defense counsel[s]. I further certify that all Defense counsel[s] for

4    **CAVALRY PORTFOLIO SERVICES L.L.C's** have consented to service of this

5    document via U.S. mail.

6    *[signature]*

7    ROY TUCK

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**Eric Caruso**
**1641 Borden Road Apt B7**
**Escondido, CA 92026-2134**
**Ph: 760-334-2365**
carusoeric@gmail.com

**United States District Court**
**Southern District of California**
**Office of the Clerk**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

**Date:   July 30, 2019**

**Re:     NOTICE OF SETTLEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**
**CAVALRY PORTFOLIO SERVICES L.L.C. CASE NO. 19-CV- 1224-CAB-LL**

**Hello Clerk of the Court,**

**Please conform/time stamp and file these document on my behalf with the honorable Court.**
**Could you please conform/time stamp, and mail me back a conformed Plaintiff's copy with the self**
**addressed stamped envelope I have enclosed with the Plaintiff's Copy**

**Thanks so much and please do not hesitate to call me if you have any questions.**

**Sincerely submitted,**

**ERIC  CARUSO**



US DISTRICT COURT
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA 92101



ERIC CARUSO
1641 BORDEN RD., APT #81
ESCONDIDO, CA 92026-2134