Eric Caruso
1641 Borden Road Apt B7
Escondido, CA 92026-2134
Ph: 760-334-2365
carusoeric@gmail.com

**Plaintiff In Pro Se**

FILED
Aug 29 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ anthonyh   DEPUTY

# IN THE UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC CARUSO**, | Case No. 3:19-CV-1224-CAB-LL |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **ARS NATIONAL SERVICES INC.**, et al. | |
| Defendant. | |
| | Hon. Judge Cathy Ann Bencivengo |

## VOLUNTARY DISMISSAL WITH PREJUDICE

   Comes now, **ERIC CARUSO**, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily dismisses the above-entitled Defendant **ARS NATIONAL SERVICES, INC**. with prejudice.

   The Defendant has reached a mutual settlement agreement with me the Plaintiff, and Plaintiff with this Motion requests that Defendant **ARS NATIONAL SERVICES, INC**. be removed from this case forthwith.

                                              Respectfully submitted,

Dated This 27th day of August 2019

                                              ERIC CARUSO, *PLAINTIFF IN PRO SE*

## CERTIFICATE OF SERVICE

I, ROY TUCK, the undersigned declare under the penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named defendant's the following documents:

- **VOLUNTARY DISMISSAL WITH PREJUDICE**

By placing copies of the above-described documents filed with this court in a separate envelope, with postage fully pre-paid, for each address named below and deposited each in the U.S. mail to

ARS NATIONAL SERVICES, INC.
201 West Grand Avenue,
Escondido, CA 92025-2603

Executed on this 27th day of August 2019, in San Diego county, U.S.A.

By _____
        ROY TUCK

Eric Caruso
1641 Borden Road Apt B7
Escondido, CA 92026-2134
Ph: 760-334-2365
carusoeric@gmail.com

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

Date:   August 27, 2019

Re:   VOLUNTARY DISMISSAL WITH PREJUDICE
      ARS NATIONAL SERVICES, INC.
      CASE NO. 19-CV-01224-CAB-LL

Hello Clerk of the Court,

I am an In Pro Se Plaintiff and would really appreciate your most valued assistance in conforming/time stamping and filing these enclosed documents :

- **VOLUNTARY DISMISSAL WITH PREJUDICE
  ARS NATIONAL SERVICES, INC.
  CASE NO. 19-CV-01224-CAB-LL**

And if you would be so kind to conform/time stamp me on my behalf the enclosed "Plaintiff Copy" and using the enclosed self-address pre-paid envelope mail my "Plaintiff Copy" back to me in your next day outgoing mail. Thank you so much.

Sincerely submitted,

_____,
ERIC CARUSO