UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SVCS et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-1224-CAB-LL<br><br>**DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CAVALRY PORTFOLIO SVCS AND ARS NATIONAL SERVICES INC.**<br><br>[Doc. Nos. 9, 18] |

In light of the Plaintiff's voluntary dismissals with prejudice as to Defendants Cavalry Portfolio Svcs and Ars National Services Inc. [Doc. Nos. 9, 18], it is hereby **ORDERED** that the motions are **GRANTED.** Claims against Defendants Cavalry Portfolio Svcs and Ars National Services Inc. are **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

　　　It is **SO ORDERED**.

Dated: September 6, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　United States District Judge