THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendants. | Case No.: 3:19-cv-01224-CAB-AHG<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SETTLEMENT** |

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Eric Caruso hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete within sixty days.

Dated: September 19, 2019　　　NOKES & QUINN

　　　　　　　　　　　　　　　/s/ Thomas P. Quinn, Jr.
　　　　　　　　　　　　　　　THOMAS P. QUINN, JR.
　　　　　　　　　　　　　　　Attorneys for Defendant Equifax
　　　　　　　　　　　　　　　Information Services LLC

- 1 -

1
2  Dated: September 19, 2019
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ERIC CARUSO

*Eric C Caruso* (signature)

Eric Caruso, *Pro Se* Plaintiff

## CERTIFICATE OF SERVICE
### Eric Caruso v. Equifax Information Services LLC et al.
### Case No.: 3:19-cv-01224-CAB-AHG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On September 19, 2019, I served a true copy of **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SETTLEMENT**:

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on September 19, 2019, at Laguna Beach, California.

-3-

1

## SERVICE LIST

2  Eric Caruso
3  1641 Borden Road
   Apt. B7
4  Escondido, CA 92026-2134
5  **Plaintiff Pro Se**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28