```
                                                    FILED
                                                   Oct 9 2019
                                              CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                            BY      s/ anthonyh       DEPUTY
```

1  Eric Caruso
   1641 Borden Road Apt B7
2  Escondido, CA 92026-2134
   Ph: 760-334-2365
3  carusoeric@gmail.com

4  Plaintiff In Pro Se

5

6              IN THE UNITED STATES DISTRICT COURT

7                SOUTHERN DISTRICT OF CALIFORNIA

8

9  **ERIC CARUSO**,                )  Case No. 3-19-CV-1224-CAB-AHG
                                    )
10             Plaintiff,           )  NOTICE OF SETTLEMENT AND
                                    )  STIPULATED DISMISSAL
11  vs.                             )  WITH PREJUDICE
                                    )
12  **CAVALRY PORTFOLIO SVCS,**     )
    a foreign corporation, identity unknown, )
13  **PORTFOLIO RECOVERY.,**        )
    a foreign corporation, identity unknown, )
14  **HUNT & HENRIQUES**            )
    California attorneys at law,    )
15  **MERCANTILE ADJUSTMENTS BUREAU,** )
    a foreign corporation identity unknown, )
16  **ARS NATIONAL SERVICES INC.,** )
    a foreign corporation identity unknown, )
17  **MRS BPO L.L.C.,**             )
    a foreign corporation identity unknown, )
18  **TRANS UNION LLC,**            )
    a national credit reporting agency, )
19  **EXPERIAN INFORMATION SOLUTIONS INC** )
    a national credit reporting agency, )
20  **EQUIFAX INFORMATION SERVICES LLC,** )
    national credit reporting agency, )
21  **DOES 1-10 inclusively,**      )
                                    )
22             Defendant's.         )  **Complaint Filed:**  July 01, 2019
                                    )  District Court Judge: CYNTHIA A. BASHANT
23                                  )  Magistrate Judge:     ALLISON H. GODDARD

24    **TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL**:

25      1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby

26  voluntarily dismisses his claims in the above-captioned action against Defendant

27  Experian Information Solutions, Inc., with prejudice. This notice of dismissal does

28  not relate to the claims asserted by Plaintiff as to the remaining Defendant's.

**2.** Defendant Experian Information Solutions, Inc. Attorney of record Edwin Howell has been in direct communication with Plaintiff via emails and has agreed to this Notice of Settlement promptly filed. The two parties, through the undersigned In Pro Se Plaintiff ERIC CARUSO, does hereby give Notice to this honorable Court that both parties have concluded a settlement agreement that *disposes all* of Plaintiff claims against Experian Information Solutions, Inc.

**3.** Settlement demands have *all been paid* and settlement documents between the two parties have *been signed.*

**4.** The parties therefore moves this Court to dismiss Plaintiff's claims with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with each party to bear its own fees and costs as provided for in the parties settlement agreement.

Thus, Plaintiff files the instant Notice of Voluntary Dismissal, with prejudice.

DATED this 6th day of October 2019.

By: *Eric C. Caruso*,
    *Plaintiff In Pro Se*

# CERTIFICATE OF SERVICE

I, Deborah Tuck, the undersigned declare under the penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the following documents:

- **NOTICE OF SETTLEMENT AND STIPULATED DISMISSAL**

To be served upon the party listed below via the USPS: by placing copies of the above-described documents filed with this court in a separate envelope, with postage fully pre-paid, for each address named below and deposited each in the U.S. mail.

**Edwin Arthur Howell**
**Jones Day**
**4655 Executive Drive**
**Suite 1500**
**San Diego, CA 92121**
**858-314-1137**
**Email: ehowell@jonesday.com**
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

Executed on this 6th day of October 2019 by _____

DEBORAH TUCK

