THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>  Defendants. | Case No.: 3:19-cv-01224-CAB-AHG<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Eric Caruso ("Plaintiff") (collectively, the "Parties") have reached a settlement agreement. Therefore, the Parties hereby move the Court for an Order dismissing this action with prejudice as to Equifax only under Fed. R. Civ. P. Rule 41(a)(1)(ii).

The Parties agree that this Court can proceed to dismiss Defendant Equifax Information Services LLC from this action, with prejudice, and that Equifax's Counter-claim may also be dismissed, with each party to bear its own costs and attorney's fees, and this Court retains jurisdiction to enforce the settlement of this action.

| | | |
|---|---|---|
| 1 | Dated: October 24, 2019 | NOKES & QUINN |
| 2 | | |
| 3 | | /s/ Thomas P. Quinn, Jr. |
| 4 | | THOMAS P. QUINN, JR. |
| 5 | | Attorneys for Defendant Equifax Information Services LLC |
| 6 | | ERIC CARUSO |
| 7 | | |
| 8 | Dated: October 24th, 2019 | *Eric Caruso* (signature) |
| | | Eric Caruso, *Pro Se* Plaintiff |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE
## Caruso v. Equifax Information Services LLC, et al.
## Case No.: 3:19-cv-01224-CAB-AHG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **October 24, 2019**, I served a true copy of **JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY; and ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[x]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to:

**Eric Caruso
1641 Borden Road, Apt. B7
Escondido, CA 92026-2134
Plaintiff Pro Se**

[X]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on **October 24, 2019,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –