UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>                        Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SVCS et al.,<br><br>                        Defendants. | Case No.:  19-CV-1224-CAB-AHG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 44] |

    Having considered the parties' Joint Motion for Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services LLC and good cause having been shown:

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the above captioned action is **DISMISSED with prejudice** as to Equifax Information Service LLC, with each party bearing their attorney's fees and costs.

    It is **SO ORDERED**.

Dated:  October 28, 2019

                                                          Hon. Cathy Ann Bencivengo
                                                          United States District Judge