UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>                              Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY, *et al.*,<br><br>                              Defendants. | Case No.:  3:19-cv-01224-CAB-AHG<br><br>**ORDER:**<br><br>**(1) VACATING SETTLEMENT DISPOSITION CONFERENCE WITH EQUIFAX INFORMATION SERVICES, LLC, and**<br><br>**(2) SETTING SETTLEMENT DISPOSITION CONFERENCE WITH DEFENDANT MERCANTILE ADJUSTMENTS BUREAU** |

On October 28, 2019, the Court granted the parties' Joint Motion for Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services LLC ("Equifax") and dismissed Plaintiff's claims against Equifax with prejudice. ECF No. 47. Therefore, the Settlement Disposition Conference ("SDC") previously set for November 19, 2019 between Plaintiff and Equifax is **VACATED**.

Additionally, Defendant Mercantile Adjustments Bureau ("Mercantile") filed a Notice of Settlement of Plaintiff's claims against it on October 24, 2019. ECF No. 45. Mercantile represents that a joint motion to dismiss will be filed within 45 days. *Id.*

1

1 | Accordingly, the Court **SETS** a telephonic Settlement Disposition Conference ("SDC") for **December 12, 2019** at **10:30 AM** before the Honorable Allison H. Goddard. Plaintiff and counsel for Mercantile shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference. If the parties timely file a Joint Motion for Dismissal, the SDC will be vacated.

**IT IS SO ORDERED**.

Dated:  October 28, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge