UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUSO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SVCS et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-1224-CAB-AHG<br><br>**DISMISSAL WITH PREJUDICE AS TO DEFENDANT MERCANTILE ADJUSTMENTS BUREAU LLC**<br><br>[Doc. No. 54] |

Having considered the parties' Joint Motion for Voluntary Dismissal with Prejudice as to Defendant Mercantile Adjustments Bureau LLC and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the above captioned action is **DISMISSED with prejudice** as to Mercantile Adjustments Bureau LLC, with each party bearing their attorney's fees and costs.

It is **SO ORDERED**.

Dated:  December 10, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge